# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY ULYSSES HOLMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 14-0938 (RBW) |
| | ) |
| ARAMARK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendants' Motion to Dismiss for Failure to State a Claim [ECF No. 2] is GRANTED AS CONCEDED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

DATE:  September 2, 2014